710 A.2d 1139

**Dolores FINK, Respondent**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (WALBRIDGE CORPORATION), Petitioner.**

Supreme Court of Pennsylvania.

June 10, 1998.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED and the decision of the Workmen's Compensation Appeal Board is REINSTATED. *See Bethlehem Steel Corp v. Workmen's Compensation Appeal Board (Baxter),* 550 Pa. 658, 708 A.2d 801 (1998).

The Petition to File Post–Submission Communication is DENIED.